```
1  ISMAIL J. RAMSEY, CSBN 189820
   United States Attorney
2  MATHEW W. PILE, SBN WA 32245
   Associate General Counsel
3  Office of Program Litigation, Office 7
   DANIEL P. TALBERT, SBN OH 0084088
4  Special Assistant United States Attorney
           Social Security Administration
5          6401 Security Boulevard
           Baltimore, MD 21235
6          Telephone: (510) 970-4860
           Facsimile: (415) 744-0134
7          Email: Daniel.Talbert@ssa.gov
   Attorneys for Defendant
8
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHEL ZEMPEL,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>MARTIN O'MALLEY,<br>　Commissioner of Social Security,<br><br>　　　　　Defendant. | No. 3:23-cv-05284-TLT<br><br>STIPULATION AND ~~PROPOSED~~ ORDER TO REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g), AND FOR ENTRY OF JUDGMENT IN FAVOR OF PLAINTIFF |

　　　The parties stipulate through counsel that this case shall be remanded for further administrative proceedings pursuant to sentence four of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

　　　Upon remand, the Appeals Council will remand this claim to an Administrative Law Judge to (1) reopen the prior application and adjudicate the claimant's disability status prior to the favorable period; (2) take any further action needed to complete the administrative record; and (3) issue a new decision limited to the period prior to the favorable period.

The parties further stipulate that the clerk shall enter judgment in favor of Plaintiff and against Defendant.

DATED: May 8, 2024                    *s/ Jorgio Castro*
                                       JORGIO CASTRO
                                       (as authorized by email May 8, 2024)
                                       Attorney for Plaintiff

                                       ISMAIL J. RAMSEY
                                       United States Attorney

DATED: May 9, 2024          By        *s/ Daniel P. Talbert*
                                       DANIEL P. TALBERT
                                       Special Assistant United States Attorney

                                       Attorneys for Defendant

## ORDER

Pursuant to stipulation, it is so ordered. The case is remanded to the Commissioner of Social Security for further proceedings as outlined in the above stipulation.

DATE:  May 9, 2024                    _____
                                       HON. TRINA L. THOMPSON
                                       UNITED STATES DISTRICT JUDGE